IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ROGER STEVEN WILKINS, | ) | Bankruptcy Case No. |
| | ) | 13-00013-TOM-7 |
| Debtor. | ) | |

## MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY

COMES NOW Thomas E. Reynolds, Trustee of the bankruptcy estate of the Debtor(s) in the above-styled case, and gives notice pursuant to Bankruptcy Rules 2002 and 6004 of intent to sell the property described below pursuant to 11 U.S.C. §363(b), and moves this Honorable Court for an Order authorizing the Trustee to sell the property, and as grounds for said motion, states as follows:

1. On January 3, 2013, the undersigned was appointed Trustee in the above-styled case, is duly qualified, and continues to serve in said position.

2. The bankruptcy estate includes 5,000 shares of stock in First Partners Bank, formerly known as South City Bank (the "Shares"). The Shares are not publicly traded and are represented by a stock certificate which has been delivered over to the Trustee. (The original stock certificate was issued in the names of Roger S. Wilkins and Vicki P. Wilkins in the amount of 10,000 shares. The Trustee has surrendered the certificate to First Partners Bank for the reissuance of two certificates: one in the name of the Bankruptcy Estate of Roger S. Wilkins in the amount of 5,000 shares and a second in the name of Vicki P. Wilkins in the amount of 5,000 shares.) The Trustee proposes only to sale the share to be issued in the

name of the Bankruptcy Estate of Roger S. Wilkins and to surrender to Vicki P. Wilkins those shares reissued in her name.

3. The Trustee proposes to sell bankruptcy estate's interest in the Shares to Bill Visintainer for $11.00 per share, or $55,000 immediately following entry of an order authorizing the liquidation of the Shares.

4. The Trustee proposes to sell all of the right, title and interest of the bankruptcy estate in the Shares pursuant to the provisions of 11 U.S.C. § 363 (b).

5. The Trustee has not hired an agent or broker in connection with this sale, so, there is no anticipated fees or commissions to be paid.

WHEREFORE, the Trustee moves the Court as follows:

A. As required by Bankruptcy Rules 6004(a) and 2002(a)(2) and (c)(1), to order the date, time and place of hearing this motion, and the time within which objections to the proposed sale may be filed and served on the Trustee.

B. On such hearing, to approve and confirm the proposed sale and to authorize the Trustee to sale the Shares to Bill Visintainer for $55,000 and, pursuant to Bankruptcy Rule 6004(f)(2), to execute any instrument necessary or appropriate, or as ordered by the Court, to consummate the sale of the Shares.

/s/ Thomas E. Reynolds
Thomas E. Reynolds
Trustee of the Bankruptcy Estate of
Roger Steven Wilkins

OF COUNSEL:
Reynolds Legal Solutions, LLC
300 Richard Arrington Blvd. N.
Suite 503
Birmingham, Alabama 35203
(205) 957-6500
ter@reynoldslegalsolutions.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion on the entities/individuals listed on the matrix this 28th day of April, 2014.

　　　　　　　　　　　　　　　/s/ Thomas E. Reynolds
　　　　　　　　　　　　　　　Thomas E. Reynolds
　　　　　　　　　　　　　　　Of Counsel

```
Label Matrix for local noticing          LPP Mortgage Limited, LTD, a Texas Ltd. Part   Regions Bank
1126-2                                    Sirote & Permutt, P.C.                         c/o Joe A. Joseph
Case 13-00013-TOM7                        c/o Stephen B. Porterfield                     420 20th Street North
NORTHERN DISTRICT OF ALABAMA              2311 Highland Avenue S.                        Suite 3400
Birmingham                                Birmingham, AL 35205-2973                      Birmingham, AL 35203-5210
Mon Apr 28 12:34:29 CDT 2014

U. S. Bankruptcy Court                    Billy Gossett                                  Courtney Mason
Robert S. Vance Federal Building          2055 Highway 93                                5254 Cahaba Valley Cove
1800 5th Avenue North                     Helena, AL 35080-7709                          Birmingham, AL 35242-3308
Birmingham, AL 35203-2111


Cowin Equipment                           LLP Mortgage                                   LPP Mortgage, Ltd.
CNH Capital                               F/K/A New South Federal (Beal Bank)            c/o Stephen B. Porterfield
P.O. Box 0507                             2311 Highland Avenue South                     Sirote & Permutt, P.C.
Carol Stream, IL  60132-0507              Birmingham, AL 35205-2973                      2311 Highland Avenue S.
                                                                                         Birmingham, AL 35205-2972


NewSouth Federal (Beal Bank)              Polo Farms Investment, LLC                     Regions
510 Lorna Square                          P.O. Box 381208                                ATTN: Bankruptcy Dept.
Birmingham, AL 35216-5480                 Birmingham, AL 35238-1208                      2050 Parkway Office Circle
                                                                                         Hoover, Alabama 35244-1805


Regions Bank                              Regions Bank                                   Savannah Building Company, LLC
ATTN: Bankruptcy Dept.                    c/o Andrea L. Weed                             P.O. Box 612
2050 Parkway Office Circle                Burr & Forman LLP                              Helena, AL 35080-0612
Hoover, Alabama 35244-1805                420 20th Street North,Suite 3400
                                          Birmingham, Alabama 35203-3284


Servis First Bank                         Edmond Denaburg                                Jamie Alisa Wilson
3300 Cahaba Road, Ste 300                 Christian and Denaburg                         Benton & Centeno, LLP
Birmingham, AL 35223-2627                 2649 Rocky Ridge Lane                          2019 Third Avenue North
                                          Birmingham, AL 35216-4809                      Birmingham, AL 35203-3301


Jennifer B. Kimble                        Jon A Dudeck                                   Roger Steven Wilkins
Rumberger, Kirk & Caldwell, P.C.          Bankruptcy Administrator-Bham Office           PO Box 621
2204 Lakeshore Dr., Suite 125             1800 5th Ave N Rm 132                          Helena, AL 35080-0621
Birmingham, AL 35209-6739                 Birmingham, AL 35203-2126


Thomas Corbett                            Thomas E Reynolds                              End of Label Matrix
BA Birmingham                             Reynolds Legal Solutions, LLC                  Mailable recipients    22
1800 5th Avenue North                     300 Richard Arrington Jr. Blvd. N              Bypassed recipients     0
Birmingham, AL 35203-2111                 Suite 503                                      Total                  22
                                          Birmingham, AL 35203-3322
```